## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 242 WAL 2014
:
                  Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
        v. :
:
:
:
STEPHEN M. PINER, :
:
                  Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 243 WAL 2014
:
                  Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
        v. :
:
:
:
STEPHEN M. PINER, :
:
                  Petitioner :


## ORDER


**PER CURIAM**

     **AND NOW**, this 13th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.  The Application for Expedited Review is **DENIED** as moot.